Marian F. Harrison
US Bankruptcy Judge

Dated: 1/1/2018



# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 316-00627 |
| WENDY OAKES WILHELM, ) | Judge Harrison |
| ) | Chapter 11 |
| Debtor. ) | |

### ORDER GRANTING MOTION FOR FINAL DECREE AND CLOSING CASE

This matter came on for consideration upon the Debtor's Motion for Final Decree and Final Accounting (the "Motion"). It appears that notice of the Motion was properly given pursuant to this Court's local rules and that no objections were filed. It further appearing to the Court that the relief requested in the Motion is appropriate,

IT IS THEREFORE ORDERED that the Debtor's request for a Final Decree is hereby granted and this case shall be closed pursuant to 11 U.S.C. §350(a).

IT IS SO ORDERED.

> THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
> AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

/s/ Elliott W. Jones
Elliott W. Jones (#003687)
Warner Jones (#028021)
Emerge Law PLC
2021 Richard Jones Road, Suite 240
Nashville, Tennessee 37215
(615) 953-2629
Fax: (615) 577-8325
elliott@emergelaw.net
warner@emergelaw.net

ATTORNEYS FOR DEBTOR

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.